IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

    Plaintiff,                           No. CIV S-09-2132 DAD P

    vs.

U.S. CONSTITUTION, et al.,

    Defendants.                  ORDER

/

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). If plaintiff intends to proceed with this action, he must submit a completed in forma pauperis application and a certified copy in support of his application.

          Plaintiff is advised that federal courts are required to screen every complaint in which a prisoner seeks redress from a governmental entity or an officer or employee of such an entity. See 28 U.S.C. § 1915A(a). A federal court must dismiss claims that are frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims seeking

monetary relief from defendants who are immune from such relief. 28 U.S.C. § 1915A(b). A prisoner may not bring a civil action in federal court in forma pauperis "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Here, plaintiff names as defendants, the U.S. Constitution, U.S. Congress, U.S. Supreme Court and President Barrack Obama. Plaintiff's statement of claim is not entirely legible; however, it appears that plaintiff seeks a court order amending the U.S. Constitution to provide that a person not born in the United States may serve as President of the United States. Plaintiff's claim in this case is subject to dismissal as legally frivolous or for failure to state a claim upon which relief may be granted. Such dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g). The dismissal of three civil rights actions on any of the grounds specified in 28 U.S.C. § 1915(g) will result in plaintiff's inability to proceed in forma pauperis in subsequent actions unless he can demonstrate that he is under imminent danger of serious physical injury. Therefore, the court will order plaintiff to inform the court whether he intends to proceed with this action. If he intends to proceed with this action, plaintiff must file a new in forma pauperis application as set forth above. Alternatively, plaintiff may request a voluntary dismissal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 3, 2009 motion to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order, a notice informing the court whether he intends to proceed with this action or requesting voluntary dismissal. If plaintiff intends to proceed with this action, he must also submit a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

/////

1 of Court, and a certified copy of his prison trust account statement for the six month period
2 immediately preceding the filing of the complaint;
3     3. The Clerk of the Court is directed to send plaintiff a new Application to
4 Proceed In Forma Pauperis By a Prisoner; and
5     4. Plaintiff's failure to comply with this order will result in a recommendation
6 that this action be dismissed without prejudice.
7 DATED: October 5, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
daws2132.3c+new