IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

    Plaintiff,                       No. CIV S-09-2132 DAD P

    vs.

U.S. CONSTITUTION, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2009, plaintiff was directed to submit an application to proceed in forma pauperis. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis; however, the application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a new application and to provide a certified copy of his trust account statement.

        As stated in the court's order filed October 6, 2009, plaintiff's claim against the U.S. Constitution, U.S. Congress, U.S. Supreme Court and President Barrack Obama. is subject to dismissal as legally frivolous or for failure to state a claim upon which relief may be granted. Such dismissal will count as a strike for purposes of 28 U.S.C. § 1915(g). The dismissal of three

1

civil rights actions on any of the grounds specified in 28 U.S.C. § 1915(g) will result in plaintiff's inability to proceed in forma pauperis in subsequent actions unless he can demonstrate that he is under imminent danger of serious physical injury. Therefore, the court will again order plaintiff to inform the court whether he intends to proceed with this action. If he intends to proceed with this action, plaintiff must file a new in forma pauperis application as set forth above. Alternatively, plaintiff may request a voluntary dismissal. in  considering whether to elect requesting the voluntary dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 26, 2009 application to proceed in forma pauperis (Doc. No. 6) is denied without prejudice;

        2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

        3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: November 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
daws2132.3e